UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION AT CHATTANOOGA

| | | |
|---|---|---|
| ABC IP, LLC & RARE BREED TRIGGERS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:25-cv-00389 |
| HOFFMAN TACTICAL, LLC & TIM HOFFMAN, | ) ) ) ) | |
| Defendants. | ) ) | |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs ABC IP, LLC & Rare Breed Triggers, Inc. state as follows:

- ABC IP, LLC is a limited liability company organized under the laws of the State of Delaware. ABC IP, LLP has no parent corporation, and there is no publicly held corporation that has any ownership interest in it.

- Rare Breed Triggers, Inc. is a corporation incorporated under the laws of the State of Texas. Rare Breed Triggers, Inc. has no parent corporation, and there is no publicly held company that has any ownership interest in it.

Dated: December 23, 2025.

Respectfully submitted,

By: /s/ Decker A. Cammack
Decker A. Cammack (motion for admission *pro hac vice* forthcoming)
WHITAKER CHALK SWINDLE & SCHWARTZ PLLC
301 Commerce Street, Suite 3500
Fort Worth, TX 76102
Telephone: (817) 878-0500
Facsimile: (817) 878-0501
DCammack@whitakerchalk.com

By: /s/ Glenn D. Bellamy
Glenn D. Bellamy (motion for admission *pro hac vice* forthcoming)
WOOD, HERRON & EVANS, LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Telephone: (513) 241-2324
Facsimile: (513) 241-6234
gbellamy@whe-law.com

By: /s/ Joseph Alan Jackson II
Joseph Alan Jackson II, B.P.R. No. 030603
SPEARS, MOORE, REBMAN & WILLIAMS, P.C.
601 Market Street, Suite 400
Post Office Box 1749
Chattanooga, TN 37401 1749
Telephone: (423) 756-7000
Facsimile: (423) 756-4801
jaj@smrw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By: /s/ Joseph Alan Jackson II