UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

ABC IP, LLC & Rare Breed Triggers, Inc.,

    Plaintiff,

v.

    Case No.

Hoffman Tactical, LLC & Tim Hoffman,

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for ABC IP, LLC & Rare Breed Triggers, Inc., moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Texas

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 22, 2025   /s/ [signature]

(Signature–hand signed)

Name: Decker A. Cammack

Firm: Whitaker Chalk Swindle & Schwartz PLLC

Address:

    301 Commerce Street, Suite 3500, Fort Worth, TX 76102

Email address: dcammack@whitakerchalk.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.