UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

ABC IP, LLC & Rare Breed Triggers, Inc.,

    Plaintiff,

v.                                      Case No.

Hoffman Tactical, LLC & Tim Hoffman,

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **ABC IP, LLC & Rare Breed Triggers, Inc.**, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Ohio

[✓] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 22, 2025

_____
(Signature–hand signed)

Name: Glenn D. Bellamy
Firm: Wood Herron & Evans, LLP
Address:
    600 Vine Street, Suite 2800, Cincinnati, OH 45202

Email address: gbellamy@whe-law.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.