

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF OHIO**

# CERTIFICATE OF GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that,

**Glenn Dean Bellamy**

Attorney Registration No. **0070321**

was duly admitted to practice in this Court on

July 16, 1999

and is in good standing as a member of the Bar of this Court.

Dated at Cincinnati, Ohio on December 18, 2025.

**RICHARD W. NAGEL, CLERK OF COURT**

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*