IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>  Plaintiffs,<br><br>vs.<br><br>TIMOTHY HOFFMAN, an individual, and HOFFMAN TACTICAL LLC, a Tennessee limited liability company,<br><br>  Defendants. | Case No. 1:25-cv-00389 |

### DECLARATION OF LAWRENCE DEMONICO PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Lawrence DeMonico, hereby declare under penalty of perjury that, to the best of my knowledge, the following statements are true and correct:

1. I am over eighteen years of age and reside in Austin, Texas.

2. I am the President of Rare Breed Triggers, Inc. ("Rare Breed").

3. Rare Breed is the sole authorized source of triggers covered by U.S. Patent Nos. 12,038,247 and 12,031,784 (the "'247 Patent" and "'784 Patent," respectively).

4. U.S. Patent No. 7,398,723 (the "'723 Patent") is an expired patent. Prior to its expiration, Rare Breed was the sole authorized source of triggers covered by the '723 Patent.

5. I have personally watched the video Defendant Hoffman Tactical posted on YouTube on March 6, 2022, titled "Rare Breed C & D Letter, What Happened and Moving Forward," *available at* https://www.youtube.com/watch?v=NxSFNreG_Ec (last visited January 6, 2026).

In the video, at approximately the 14:55 – 15:00 minute mark, Defendant Hoffman informs his viewers that his files that were the subject of the Cease and Desist letter Rare Breed sent to Hoffman and Hoffman Tactical are "still available if somebody wanted them," as shown below:



6. On or about April 6, 2025, Cole LeLeux, President of Plaintiff ABC IP, LLC, and I had a telephone call with Defendant Hoffman, during which Hoffman admitted to his Infringing Devices infringing the claims of the '723 and '247 Patents. In further support of this statement, Hoffman Tactical made a statement on its current X.com account that the "rumor [of whether he admitted to the Super Safety infringing any patents] arose from a statement I made on what

I thought was a private phone call." A true and correct copy of Hoffman Tactical's post is shown below:



7. On August 9, 2025, Mr. LeLeux and I attended the Gun Owners of America "Gun Owners Advocacy and Leadership Summit" ("GOALS") in Knoxville, Tennessee. During this event, we approached Defendant Hoffman at his Hoffman Tactical Booth and had a discussion. During this discussion, Hoffman made a series of statements confirming his long-standing knowledge of Plaintiffs' patent rights and his deliberate decision to subvert the patent system and infringe those rights, including assisting others to do so. As part of the conversation, Hoffman told us that he "does not believe in patents," that "no one should have a patent," and that in his view no company should be permitted to exclude others from a market, regardless of patent rights. He further explained that, in his personal philosophy, a company's success or

Page 3

***Exhibit D***

failure should depend solely on its business model and marketing practices, not on the lawful protections afforded by the United States patent system, or words to that effect.

8. On April 24, 2025, Open Source Defense posted a video interview of Hoffman on YouTube. During this video, Hoffman stated

> the super safety project was something that sort of just happened. It came up because of [*sic* I had an idea one day to do the, um, basically clone the Rare Breed, uh, the Rare Breed style…force reset trigger which I did…. [After the cease and desist letter] I started just thinking about other ways of doing it more of just because I wanted to keep doing it, um, you know sort of like as an obstacle to overcome and then once I did I think really what motivated that project and I can sort of say this now, uh, more than in the past I don't think I've really said this before publicly, but what really motivated that project is I want people to be more comfortable working near the edge. So instead of being scared and trying to self-regulate, being more comfortable working actually inside of our current legal framework and, uh, and realizing that the federal government does not have unlimited power to just crush you if it's, uh, if it's a lot of people kind of working together and saying no, this is actually legal and we can do it, which is…basically what's happened.

Open Source Defense channel, *Tim of Hoffman Tactical,* April 24, 2025, at 42:26 – 43:26, *available at* https://www.youtube.com/watch?v=STpjQu5ka_Q (last visited January 6, 2026). A true and correct copy of a screen shot from this video at the 43 minute, 4 second mark is shown below.



9. The image below is a true and correct copy of a screen shot of Hoffman Tactical's corporate Instagram page showing a December 12, 2025, post showing 3D printed packaging that is manufactured specifically to accommodate the "Super Safety" Infringing Device, which can be seen by the portion I have circled on the image below that shows a slot specifically sized for the "lever" portion of the Infringing Devices:



10. The image below is a true and correct copy of an Instagram post by Hoffman Tactical on December 26, 2025, in which Hoffman replies to a commenter stating they bought an Infringing Device from Defendants' website by stating "…Not from me, we have not sold

Page 6

*Exhibit D*

them (yet)":



11. The image below is a true and correct copy of an Instagram post by Hoffman Tactical on January 6, 2026, in which Hoffman states "The new Super Safety lever. Making these with metal injection molding allowed for completely optimized geometry. Really happy with how the surfacing on these turned out.":



*Exhibit D*

**FURTHER**, Declarant says not.



Lawrence DeMonico

Executed on January 7, 2026.
Page 9

*Exhibit D*