| Claim Language | Infringing Device (Super Safety) |
|---|---|
| 15. A firearm trigger mechanism comprising: | When installed and used as directed, the Super Safety is part of a forced reset trigger mechanism and functions as a cam that forces the reset of the trigger and locks the trigger during the cycle of operation. |
| a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver | The Super Safety (Yellow) is installed in a fire control mechanism pocket of a receiver along with a hammer (Red) that has a sear catch and a hook for engaging a disconnector. |
| to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier, | The hammer pivots on a transverse hammer pivot axis between set and released positions. The hammer is adapted to be pivoted rearward by rearward movement of a bolt carrier.<br><br>(Hammer Set Position Above) |

*Exhibit E*

| | |
|---|---|
| | <br>(Hammer Released Position Above) |
| a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | The Super Safety (Yellow) is installed with a trigger member (Brown) in the fire control mechanism pocket that pivots on a transverse trigger member pivot axis between set and released positions and has a sear.<br> |
| wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member | The sear and sear catch are in engagement when the hammer and trigger member are in their set positions. |

*Exhibit E*

| | |
|---|---|
| |  (Trigger Member Set Position Above) |
| and are out of engagement in said released positions of said hammer and trigger member, | The sear out of engagement in the released position. (Trigger Member Released Position Above) |
| said disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, | The disconnector (Orange) is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis. The disconnector has a hook for engaging the hammer. |

*Exhibit E*

| | |
|---|---|
| | <br>(Disconnector Hook Engaged) |
| and a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, | The Super Safety has a and lever that is adapted to be movably mounted in the fire control mechanism pocket. The cam has a cam lobe. (Image in fire control mechanism pocket above shown in yellow)<br><br>(Super Safety Cam with Lobe and Lever) |
| said cam being movable between a first position and a second position, in said second position said cam lobe forces said trigger member towards said set position, | The cam is movable between a first position and a second position. |

*Exhibit E*

| | |
|---|---|
| | <br>(Cam and Lobe First Position Above)<br>In the second position, the cam lobe forces the trigger member toward the set position when it is in the forced reset semi-automatic mode.<br><br>(Cam and Lobe Second Position Above) |
| whereupon in a standard semi-automatic mode,<br><br><br>said cam is in said first position, | During at least part of the cycle in the standard semi-automatic mode,<br><br>the cam is in the first position. |

*Exhibit E*

| | |
|---|---|
| rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook, | <br>Rearward movement of the bolt carrier causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook. |
| and thereafter the bolt carrier moves forward into battery, | <br>Thereafter, the bolt carrier moves forward into battery, |
| at which time, a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm, and |  |

*Exhibit E*

|  | at which time, a user must manually release the trigger member to free said hammer from the disconnector to permit the hammer and trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm.<br> |
|---|---|
| whereupon in a forced reset semi-automatic mode, said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook is prevented from catching said hammer hook, | When in the forced reset semi-automatic mode,<br><br>the cam is in the second position during at least part of the cycle and forces the trigger member toward the set position. Rearward movement of the bolt carrier causes rearward pivoting of the hammer such that the disconnector hook is prevented from catching the hammer hook. |

*Exhibit E*

| | |
|---|---|
| |  |
| and thereafter the bolt carrier moves forward into battery,<br><br><br><br>at which time, the user can pull said trigger member to fire the firearm. | Thereafter, the bolt carrier moves forward into battery,<br><br>at which time, the user can pull the trigger member to fire the firearm. |

*Exhibit E*

**REPRESENTATIVE CLAIM CHART FOR U.S. PATENT NO. 12,038,247**



*Exhibit E*