IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>　　Plaintiffs,<br><br>vs.<br><br>TIMOTHY HOFFMAN, an individual, and HOFFMAN TACTICAL LLC, a Tennessee limited liability company,<br><br>　　Defendants. | Case No. 1:25-cv-00389 |

### DECLARATION OF LAWRENCE DEMONICO IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

I, Lawrence DeMonico, hereby declare under penalty of perjury that, to the best of my knowledge, the following statements are true and correct:

1. I am over eighteen years of age and reside in Austin, Texas.

2. I am the President of Rare Breed Triggers, Inc. ("Rare Breed").

3. The following text was included in my Declaration of Lawrence DeMonico in Support of Motion for Preliminary Injunction with Incorporated Brief in Support (Doc. 14, Ex. E) at paragraph 10 of that declaration. It provides context for the paragraphs that follow:

    The image below is a true and correct copy of an Instagram post by Hoffman Tactical on December 26, 2025, in which Hoffman replies to a commenter stating they bought an Infringing Device from Defendants' website by stating "…Not from me, we have not sold them (yet)":

Page 1

*Exhibit D*

Case 1:25-cv-00389-CLC-CHS　　Document 15-1　　Filed 01/09/26　　Page 1 of 11
PageID #: 252



4. The following text was included in my Declaration of Lawrence DeMonico in Support of Motion for Preliminary Injunction with Incorporated Brief in Support (Doc. 14, Ex. E) at paragraph 11 of that declaration. It provides context for the paragraphs that follow:

> The image below is a true and correct copy of an Instagram post by Hoffman Tactical on January 6, 2026, in which Hoffman states "The new Super Safety lever. Making these with metal injection molding allowed for completely

optimized geometry. Really happy with how the surface on these turned out.:



5. The image below is a true and correct copy of a user comment posted on Instagram by commenter "@dandytravis" on January 6, 2026, that I reviewed in response to the

Page 3

*Exhibit D*

@hoffmantactical post shown above in paragraph 4. In the post, @dandytravis states "is that what I just bought from *[sic]* you at the recent gun show in knoxville?," to which @hoffmantactical replies "@dandytravis Yes":



6. The image below is a true and correct copy of an Instagram post I reviewed by Hoffman Tactical on January 7, 2026 (the date Rare Breed and ABC filed the Motion for Preliminary

Injunction and Brief in Support), in which Hoffman introduces the new "Super Safety cam" that is "[m]etal injection molded in 17-4 SS, heat treated, and then surface hardened.":



7. The lever shown in paragraph 3 and the cam shown in paragraph 6 are accused Infringing Devices in this lawsuit.

8. The image below is a true and correct copy of an Instagram comment by @fastforwardtactical in the comments section below the @hoffmantactical post shown in paragraph 5 above. In the comment, @fastforwardtactical states "I'll take 10,000 units," to which @hoffmant tactical replies "I can do that.":



9. These posts demonstrate that since December 26, 2025, Defendants have stopped merely uploading the Infringing Designs and using the Infringing Devices. The most recent gun

show I was able to locate in Knoxville, Tennessee occurred on January 3, 2026 – January 4, 2026.. Prior to that gun show, the most recent gun show in Knoxville, Tennessee was December 6, 2026 – December 7, 2026. I was able to find this information at both https://rkshows.com/events/list/ and https://www.gunshows-usa.com/venue/knoxville-expo-center/?eventDisplay=past. The image below is a true and correct copy of the webpage found at the www.gunshows-usa.com displaying gun and knife shows at the Knoxville Expo Center:



Page 7

*Exhibit D*

10. Today, a "Ginger Breadman" posted on the "Hoffman Tactical Super Safety" private Facebook group (which has at least 24,200 members, and for which "Ginger Breadman" is one of two admins): "**Notice!!!** RB filed for a preliminary Injunction 01/07/2026," and further stated "If you haven't downloaded the file, I suggest doing it now, it's on [Odysee.com]" and posted the link to Defendants' Infringing 3D Print files:



*Exhibit D*

11. Plaintiffs believe that they will suffer irreparable injury if Defendants are allowed to move forward with selling and offering the Infringing Devices for sale. As recently as December 26, 2025, Defendants maintained that they did not sell the Infringing Devices, though they insinuated that such sales were imminent. Now that Defendants are selling the Infringing Devices (*see* paragraph 5) and offering the Infringing Devices for sale (*see* paragraph 8), Defendants are trying to change the nature of their infringement to include direct infringement through sales and offers for sales.

12. Additionally, the commenter @fastforwardtactical that is seeking 10,000 units of the Infringing Devices, as shown in paragraph 8, above, is a retailer that already offers a version of the Infringing Devices on their website, as shown on their webpage. Below is a true and correct copy of @fastforwardtactical's commercial website, located at https://fastforwardtactical.com/products/super-safety-with-pre-cut-trigger, which shows the Infringing Devices for sale:



13. Now that Defendants are selling and offering for sale and are prepared to flood the market for forced reset triggers with their cheap infringing products, Plaintiffs will be further harmed through a reduced ability to police the market from infringers—indeed what I believe is one of Defendants'—if not Defendants' primary—goals in harming the market beyond repair.

14. Additionally, if Defendants are not forced to remove their files from https://odysee.com immediately, more people will be able to download the Infringing Designs for free and infringe without meaningful resource.

15. Each of these new developments exacerbate the irreparable harm shown in Plaintiffs' Motion for Preliminary Injunction.

**FURTHER**, Declarant says not.

_____
Lawrence DeMonico

January 9, 2026

Page 11

*Exhibit D*

Case 1:25-cv-00389-CLC-CHS   Document 15-1   Filed 01/09/26   Page 11 of 11
PageID #: 262