IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,

    Plaintiffs,

vs.

TIMOTHY HOFFMAN, an individual, and HOFFMAN TACTICAL LLC, a Tennessee limited liability company,

    Defendants.

Case No. 1:25-cv-00389-CLC-CHS

## PLAINTIFFS' MOTION TO RESCHEDULE HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR TELEPHONIC PARTICIPATION

Come ABC IP LLC ("ABC") and Rare Breed Triggers, Inc. ("Rare Breed") (collectively, "Plaintiffs"), and, in response to this Honorable Court's Notice of Hearing on Motion for Temporary Restraining Order, entered on January 12, 2025, following Plaintiffs' submission on January 9, 2026 of Plaintiffs' Motion for Temporary Restraining Order with Incorporated Brief in Support [15] ("TRO Motion"), respectfully request that the Court reschedule that hearing (currently set for January 12, 2026 at 2:00 p.m.) as requested herein.

Decker Cammack, lead counsel for Plaintiffs, is currently scheduled for a Final Pretrial Conference to be held today, January 12, 2026 at 1:30 p.m. Central Standard Time in the lawsuit *Charis Engineering, Inc. v. BCCK Engineering, Inc., et al.*, No. 7:23-cv-00084-DC (W.D. Tex.) (Counts, J.), before the United States District Court for the Western District of Texas, and, hence, will be unable to attend to the hearing.

Mr. Cammack is available:

- telephonically or via Zoom or another remote platform at any time beginning tomorrow, January 13, 2026;

- in person at or after 2:00 p.m. Eastern Standard Time on January 13, 2026; and

- in person any time on January 14, 2026.

Accordingly, Plaintiffs respectfully request that this Honorable Court enter an order rescheduling the hearing on the TRO Motion at one of those times of availability. If the Court is unable to hold the hearing at any of those times, counsel will promptly provide additional dates and times of availability.

Finally, Plaintiffs (specifically, the principals of ABC and Rare Breed) respectfully request that they be permitted to attend the hearing telephonically (although they will not participate substantively).

Dated: January 12, 2026.                    Respectfully submitted,

/s/ Decker A. Cammack
Decker A. Cammack (admitted *pro hac vice*)
WHITAKER CHALK SWINDLE & SCHWARTZ PLLC
301 Commerce Street, Suite 3500
Fort Worth, TX 76102
Telephone: (817) 878-0500
Facsimile: (817) 878-0501
DCammack@whitakerchalk.com

/s/ Glenn D. Bellamy
Glenn D. Bellamy (admitted *pro hac vice*)
WOOD, HERRON & EVANS, LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Telephone: (513) 241-2324
Facsimile: (513) 241-6234
gbellamy@whe-law.com

/s/ Joseph Alan Jackson II

Joseph Alan Jackson II, B.P.R. No. 030603
SPEARS, MOORE, REBMAN & WILLIAMS, P.C.
601 Market Street, Suite 400
Post Office Box 1749
Chattanooga, TN 37401 1749
Telephone: (423) 756-7000
Facsimile: (423) 756-4801
jaj@smrw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record and/or individuals who are deemed to have consented to electronic service are being served with a copy of the foregoing on January 12, 2026 via the Court's CM/ECF System. Additionally, Defendants have been served with a copy of the foregoing via first class mail to 211 Shoal Creek Road, Englewood, TN 37329 pursuant to Fed. R. Civ. P. 5(b)(2)(C) and via email to Defendants' last known email address: tim@hoffmantactical.com.

/s/ Joseph Alan Jackson II
Joseph Alan Jackson II
