UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| TIMOTHY HOFFMAN, an individual, and HOFFMAN TACTICAL, LLC, a Tennessee limited liability company, | ) ) ) ) ) |
| Defendants. | ) |

Case No. 1:25-cv-00389-CLC-CHS

## NOTICE OF APPEARANCE OF JACOB G. HORTON

COMES NOW Jacob G. Horton of the law firm Blanchard Horton PLLC, and hereby makes an entry of appearance as counsel for Defendants, Timothy Hoffman and Hoffman Tactical, LLC. The undersigned requests that all future correspondence, pleadings, notices, orders, discovery, and other relevant materials be served on:

> Jacob G. Horton
> BLANCHARD HORTON PLLC
> P.O. Box 5657
> Oak Ridge, TN 37830
> (865) 269-2673 (telephone)
> (865) 674-5349 (facsimile)
> jhorton@blanchard-patent.com
> Docketing@blanchard-patent.com

Respectfully submitted, this 13th day of January, 2026.

> /s/ Jacob G. Horton
> Jacob G. Horton
> TN BPR No. 025467
> BLANCHARD HORTON PLLC
> P.O. Box 5657
> Oak Ridge, TN 37830
> (865) 269-2673 (telephone)
> (865) 674-5349 (facsimile)
> jhorton@blanchard-patent.com

*Counsel for Defendants*
*TIMOTHY HOFFMAN and HOFFMAN TACTICAL, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:25-cv-00389-CLC-CHS<br>) |
| TIMOTHY HOFFMAN, an individual, and HOFFMAN TACTICAL, LLC, a Tennessee limited liability company, | )<br>)<br>)<br>) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, January 13, 2026, I electronically filed the within and foregoing NOTICE OF APPREANCE OF JACOB G. HORTON with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to the following attorneys of record (if registered for CM/ECF service)::

Decker A. Cammack
WHITAKER CHALK SWINDLE
& SCHWARTZ PLLC
301 Commerce Street, Suite 3500
Fort Worth, TX 76102
Telephone: (817) 878-0500
Facsimile: (817) 878-0501
DCammack@whitakerchalk.com

Glenn D. Bellamy
WOOD, HERRON & EVANS, LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Telephone: (513) 241-2324
Facsimile: (513) 241-6234
gbellamy@whe-law.com

Joseph Alan Jackson II, B.P.R. No. 030603
SPEARS, MOORE, REBMAN
& WILLIAMS, P.C.
601 Market Street, Suite 400
Post Office Box 1749
Chattanooga, TN 37401 1749
Telephone: (423) 756-7000
Facsimile: (423) 756-4801
jaj@smrw.com

By: <u>*/s/* Jacob G. Horton</u>
Jacob G. Horton
BLANCHARD HORTON PLLC
P.O. Box 5657
Oak Ridge, TN 37830
(865) 269-2673 (telephone)
(865) 674-5349 (facsimile)
jhorton@blanchard-patent.com.com

*Counsel for Defendants*
*TIMOTHY HOFFMAN and HOFFMAN*
*TACTICAL, LLC*