☑ MOTION HEARING
☐ PRETRIAL CONFERENCE
☐ OTHER

Case No: **1:23-cv-389**  **ABC IP, LLC et al**  v. **Timothy Hoffman et al**

PRESENT: Honorable **Curtis L. Collier**  ☑ U.S. District Judge OR ☐ U.S. Magistrate Judge

**Joseph Jackson**
Attorney(s) for Plaintiff(s)

**Decker Cammack**
Attorney(s) for Plaintiff(s)

**Jacob Horton**
Attorney(s) for Defendant(s)

_____
Attorney(s) for Defendant(s)

**Courtney Camp**
Courtroom Deputy

**Elizabeth Coffey**
Court Reporter

PROCEEDINGS:
Hearing held re: [15] Motion for Temporary Restraining Order.

TESTIMONY BY: _____

TRIAL SET: _____

Time: **2:58** to **3:54**     Date: **1/12/2026**

_____ to _____
_____ to _____
_____ to _____

REV 7/14