

# U.S. District Court

## Tennessee Eastern - Chattanooga

Receipt Date: Jan 14, 2026 9:11AM

Whitaker Chalk Swindle & Schwartz
301 Commerce ST
Suit 3500
Fort Worth, TX 76102

| Rcpt. No: 100002214 | | Trans. Date: Jan 14, 2026 9:11AM | | | Cashier ID: #EC (7224) |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 701 | Treasury Registry | DTNE125CV000389 /001<br>ABC IP, LLC AND RARE BREED TRIGGERS, INC. | 1 | 20000.00 | 20000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1069 | 01/13/2026 | $20,000.00 |
| | | | Total Due Prior to Payment: | $20,000.00 |
| | | | Total Tendered: | $20,000.00 |
| | | | Total Cash Received: | $0.00 |

**Comments:** Injunction Bond for 1:25-cv-389

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.