Civil Action No. 1:25-CV-389

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Timothy Hoffman

was received by me on *(date)* 1-8-2026 .

☒ I personally served the summons on the individual at *(place)* 211 Shoal Creek Rd

Englewd TN 37329 on *(date)* 1-9-2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1-9-2026 _____

_____
*Server's signature*

Mitch Boyd

*Printed name and title*


1405 Crestway Cir Athens TN 37303

*Server's address*

Additional information regarding attempted service, etc:

Case 1:25-cv-00389-CLC-CHS   Document 7   Filed 01/06/26   Page 2 of 2   PageID
Case 1:25-cv-00389-CLC-CHS   Document 22   Filed 01/16/26   Page 1 of 2   PageID
#: 275

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Tennessee

<table>
<tr><td>

ABC IP, LLC, a Delaware limited liability company,
and RARE BREED TRIGGERS, INC., a Texas
corporation,

_____
*Plaintiff(s)*

v.

TIMOTHY HOFFMAN, an individual, and HOFFMAN
TACTICAL LLC, a Tennessee limited liability
company,

_____
*Defendant(s)*

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

Civil Action No.   1:25-CV-389

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Timothy Hoffman
211 Shoal Creek Rd.
Englewood, TN 37329

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Decker A. Cammack
Whitaker Chalk Swindle & Schwartz PLLC
301 Commerce St, Suite 3500
Fort Worth, TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT.

Date:   1/6/2026

_____
*Signature of Clerk or Deputy Clerk*

X

Case 1:25-cv-00389-CLC-CHS   Document 7   Filed 01/06/26   Page 1 of 2   PageID
Case 1:25-cv-00389-CLC-CHS   Document 22   Filed 01/16/26   Page 2 of 2   PageID
#: 276