IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,

    Plaintiffs,

vs.

TIMOTHY HOFFMAN, an individual, and HOFFMAN TACTICAL LLC, a Tennessee limited liability company,

    Defendants.

Case No. 1:25-cv-00389-CLC-CHS

## DECLARATION OF MITCH BOYD PURSUANT TO 28 U.S.C. § 1746

1. My name is Mitch Boyd, and I am a resident of Athens, McMinn County, Tennessee.

2. I am over eighteen (18) years of age and competent to make this declaration, which is based on my personal knowledge.

3. On January 8, 2026, counsel for Plaintiffs in the above-captioned lawsuit provided me with certain documents to be served on Defendants therein: (i) Timothy Hoffman, an individual; and (ii) Hoffman Tactical LLC, a Tennessee limited liability company ("Hoffman Tactical"), *i.e.*:

    a. [1] Original Complaint for Patent Infringement ("Original Complaint");

        i. [1-1] Ex. A - U.S Patent No. 12,038,247;

        ii. [1-2] Ex. B - U.S. Patent No. 12,031,784;

        iii. [1-3] Ex. C - U.S. Patent No. 7,398,723;

        iv. [1-4] Ex. D - Settlement Agreement;

        v. [1-5] Civil Cover Sheet;

b. [2] Corporate Disclosure Statement Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure;

c. [5] Motion for Admission *Pro Hac Vice* (Cammack, Decker);

   i. [5-1] Certificate of Good Standing - Cammack, Decker (N.D. Tex.);

d. [6] Motion for Admission *Pro Hac Vice* (Bellamy, Glenn);

   i. [6-1] Certificate of Good Standing - Bellamy, Glenn (S.D. Ohio);

e. [7] Summons - Timothy Hoffman ("Hoffman Summons");

f. [7-1] Summons - Hoffman Tactical, LLC ("Hoffman Tactical Summons");

g. [8] Order Governing Depositions;

h. [9] Order Governing Motions to Dismiss;

i. [10] Memorandum and Order Regarding Sealing Confidential Information;

j. [13] Report on the Filing or Determination of an Action Regarding a Patent or Trademark (AO120);

k. [14] Plaintiff's Motion for Preliminary Injunction with Incorporated Brief in Support;

   i. [14-1] Ex. A - U.S Patent No. 12,038,247;

   ii. [14-2] Ex. B - U.S. Patent No. 12,031,784;

   iii. [14-3] Ex. C - U.S. Patent No. 7,398,723;

   iv. [14-4] Ex. D - Declaration of Lawrence DeMonico Pursuant to 28 U.S.C. § 1746 in Support of Motion for Preliminary Injunction; and

   v. [14-5] Ex. E - Representative Claim Chart for U.S. Patent No. 12,038,247.

4. On January 9, 2026, I served:

   a. Timothy Hoffman by personally handing him a copy of each of the above-listed documents (including the Original Complaint, Exhibits A-D thereto, and the Hoffman Summons); and

b. Hoffman Tactical by personally handing Timothy Hoffman a copy of each of the above-listed documents (including the Original Complaint, Exhibits A-D thereto, and the Hoffman Tactical Summons).

5. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED THIS 9th DAY OF JANUARY, 2026.

_____
Mitch Boyd