
# Patent Assignment Abstract of Title

Search results for Patent #: 9568264

Generated on Fri Jan 23 2026 16:57:43 GMT-0500 (Eastern Standard Time)

| | | | |
|---|---|---|---|
| **Invention title** | **Patent number** | **Application number** | **Publication number** | **PCT number** |
| FLEX-FIRE TECHNOLOGY | 9568264 | 14850380 | 20160102933 | N/A |
| **Inventors** | **Issue date** | View in PPUBS | View in PPUBS | N/A |
| Thomas Graves Allen | Feb 14, 2017 | **Filing date** | **Publication date** | **International number** |
| | | Sep 10, 2015 | Apr 14, 2016 | N/A |

## Assignment 1

**Reel/ Frame**
46671/0687

**Pages**
14

**Conveyance**
LICENSE

**Documents**
View documents

**Recorded**
Jul 31, 2018

**Assignors & execution date**

GRAVES, THOMAS ALLEN

Jan 31, 2018

**Assignee**

WOLF TACTICAL LLC
C/O 1914 AKRON
PENINSULA ROAD
AKRON
OHIO, UNITED STATES
44313

**Correspondent**

TIMOTHY D. BENNETT

EMERSON THOMSON
BENNETT LLC
1914 AKRON PENINSULA ROAD
AKRON, OH 44313

**Attorney docket number**

41371.MISC

## Assignment 2

**Reel/ Frame**
66023 /0001

**Pages**

**Assignors & execution date**

WOLF TACTICAL LLC

Jan 31, 2018

**Correspondent**

THOMAS ALLEN GRAVES

295 EAGLE POINT LN.

16

EXHIBIT

7

**Conveyance**

ASSIGNMENT OF
ASSIGNOR'S INTEREST

**Assignee**

GRAVES, THOMAS ALLEN

295 EAGLE POINT LN.

SAND SPRINGS

OKLAHOMA, UNITED STATES

74063

SAND SPRINGS, OK 74063

**Attorney docket number**

N/A

**Documents**

View documents

**Recorded**

Jan 4, 2024

## Assignment 3

**Reel/ Frame**

66127/0255

**Pages**

14

**Conveyance**

RECISSION FOR LACK
OF CONSIDERATION

**Documents**

View documents

**Recorded**

Dec 22, 2023

**Assignors & execution date**

GRAVES, THOMAS ALLEN

Jan 31, 2018

WOLF TACTICAL LLC

Jan 31, 2018

**Assignee**

GRAVES, THOMAS ALLEN
295 EAGLE POINT LN.

SAND SPRINGS

OKLAHOMA, UNITED STATES

74063

**Correspondent**

THOMAS ALLEN GRAVES

295 EAGLE POINT LN.

SAND SPRINGS, OK 74063

**Attorney docket number**

N/A

## Assignment 4

**Reel/ Frame**

67048 /0209

**Pages**

5

**Conveyance**

SECURITY INTEREST

**Documents**

View documents

**Assignors & execution date**

GRAVES, THOMAS

Jul 28, 2021

**Assignee**

RLP TRUST
3904 STARFLOWER COURT

LAS VEGAS

NEVADA, UNITED STATES

89107

**Correspondent**

KATHERINE E SULLIVAN

36 E CAMERON ST

TULSA, OK 74102

**Attorney docket number**

N/A

EXHIBIT

7

## Assignment 5

**Reel/ Frame**

69067 /0584

**Pages**

3

**Conveyance**

TRANSFER OF OWNERSHIP,
RIGHT, TITLE, INTEREST, AND
THE GOODWILL ASSOCIATED
THEREWITH FOR 1$, AND
OTHER GOOD AND VALUABLE
CONSIDERATION. SEE NOW
REEL/FRAME 067048 /0209
FILED APRIL 9, 2024 BY
PATENT ATTORNEY
KATHERINE E. SULLIVAN.

**Documents**

View documents

**Recorded**

Sep 28, 2024

**Assignors & execution date**

GRAVES, THOMAS
ALLEN, GRANTOR

Jul 28, 2021

**Assignee**

RLP TRUST, C/O
KATHERINE E. SULLIVAN
36 E CAMERON ST
TULSA
OKLAHOMA, UNITED STATES
74102

**Correspondent**

MS. KATHERINE E.
SULLIVAN PATENT ATT

36 E CAMERON ST

TULSA, OK 74102

**Attorney docket number**

N/A

## Assignment 6

**Reel/ Frame**

66163 /0436

**Pages**

4

**Conveyance**

COURT JUDGMENT

**Documents**

View documents

**Recorded**

**Assignors & execution date**

GRAVES, THOMAS ALLEN

Dec 15, 2022

**Assignee**

RARE BREED TRIGGERS
LLC AND ABC IP, LLC
8 THE GREEN, SUITE A
DOVER
DELAWARE, UNITED STATES
19901

**Correspondent**

GLENN D. BELLAMY

WOOD, HERRON & EVANS, LLP

600 VINE STREET, SUITE 2800

CINCINNATI, OH 45202

**Attorney docket number**

RARETRG-09OK

**EXHIBIT**

**7**

## Assignment 7

**Reel/ Frame**
69483 /0744

**Pages**
4

**Conveyance**
ASSIGNMENT OF
ASSIGNOR'S INTEREST

**Documents**
View documents

**Recorded**
Dec 4, 2024

**Assignors & execution date**

GRAVES, THOMAS ALLEN, MR.

Nov 22, 2024

**Assignee**

ABC IP, LLC
8 THE GREEN, SUITE A
DOVER
DELAWARE, UNITED STATES
19901

**Correspondent**

GLENN D. BELLAMY

WOOD HERRON & EVANS, LLP
600 VINE STREET, SUITE 2800
CINCINNATI, OH 45202

**Attorney docket number**
RARETRG-09OK