☑ MOTION HEARING
☐ PRETRIAL CONFERENCE
☐ OTHER

Case No: 1:25-cv-00389-CLC-CHS   ABC IP, LLC et al   v.   Timothy Hoffman et al

PRESENT: Honorable Curtis L. Collier   ☑ U.S. District Judge OR ☐ U.S. Magistrate Judge

Joseph Jackson
Attorney(s) for Plaintiff(s)

Decker Cammack, Glen Bellamy
Attorney(s) for Plaintiff(s)

Jacob G Horton
Attorney(s) for Defendant(s)

Jonathan M Blanchard
Attorney(s) for Defendant(s)

Barbara Lewis
Courtroom Deputy

Elizabeth Coffey
Court Reporter

PROCEEDINGS:
Hearing on Doc No. 14 MOTION for Preliminary Injunction filed by Plaintiffs.

TESTIMONY BY: _____

TRIAL SET: Motion Hearing Continued to tomorrow 1/28/2026 at 10:00 am

Time: 2:10 to 4:00    Date: 1/27/2026

REV 7/14