IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>TIMOTHY HOFFMAN, an individual, and HOFFMAN TACTICAL LLC, a Tennessee limited liability company,<br><br>    Defendants. | Case No. 1:25-cv-00389-CLC-CHS |

**O R D E R**

This matter came before the Court at 2:00 p.m. on January 27, 2026, for a hearing on the motion for preliminary injunction filed by Plaintiffs, ABC IP, LLC and Rare Breed Triggers, Inc. (Doc. 14). Following opening statements and the direct examination of Plaintiffs' first witness, the Court continued the hearing to January 28, 2026.

The Court entered a temporary restraining order on January 13, 2026. (Doc. 20.) A temporary restraining order "expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension." Fed. R. Civ. P. 65(b)(2).

To allow the Court to hear the parties fully and consider the questions before the Court, the Court **EXTENDS** the temporary restraining order (Doc. 20) until **the earlier of** the issuance of the Court's decision on the motion for preliminary injunction (Doc. 14) **or** February 10, 2026.

    **SO ORDERED.**

    **ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**