☑ MOTION HEARING
☐ PRETRIAL CONFERENCE
☐ OTHER

Case No: 1:25-cv-00389-CLC-CHS    ABC IP, LLC et al    v.    Timothy Hoffman et al

**PRESENT:** Honorable Curtis L. Collier    ☑ U.S. District Judge OR ☐ U.S. Magistrate Judge

| Joseph Jackson | Decker Cammack, Glen Bellamy | Jacob G Horton |
|---|---|---|
| Attorney(s) for Plaintiff(s) | Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
| Jonathan M Blanchard | Barbara Lewis | Elizabeth Coffey |
| Attorney(s) for Defendant(s) | Courtroom Deputy | Court Reporter |

PROCEEDINGS:

Hearing on Doc No. 14 MOTION for Preliminary Injunction filed by Plaintiffs.

Motion Hearing Continued from 1/27/2026. *Hearing Continued tomorrow, 1/29/2026 @ 10:00 am.

TESTIMONY BY: Lawrence DeMonico on 1/27/2026 and 1/28/2026; Brian Luettke, sworn; Timothy Hoffman, Defendant, sworn (Witness and Exhibit list to be filed)

TRIAL SET: _____

Time: 10:05 to 12:00
      1:00 to 3:00
      ___ to ___
      ___ to ___

Date: 1/28/2026

REV 7/14