☑ MOTION HEARING
☐ PRETRIAL CONFERENCE
☐ OTHER

Case No: 1:25-cv-00389-CLC-CHS      ABC IP, LLC et al   v.  Timothy Hoffman et al

PRESENT: Honorable **Curtis L. Collier**   ☑ U.S. District Judge  OR  ☐ U.S. Magistrate Judge

| Joseph Jackson | Decker Cammack, Glen Bellamy | Jacob G Horton |
|---|---|---|
| Attorney(s) for Plaintiff(s) | Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
| Jonathan M Blanchard | Barbara Lewis | Elizabeth Coffey |
| Attorney(s) for Defendant(s) | Courtroom Deputy | Court Reporter |

PROCEEDINGS:
Hearing on Doc No. 14 MOTION for Preliminary Injunction filed by Plaintiffs.
Motion Hearing Continued from 1/28/2026. The Court will enter a written decision. Counsel will submit proposed Findings of Facts by Thursday (1/5/2026). The Temporary Restraining Order is still in effect until the Court's written decision.

TESTIMONY BY: Continued from yesterday, sworn testimony by Timothy Hoffman. (Exhibit and Witness list to be filed)

TRIAL SET: _____

Time: 10:05 to 12:10
      1:20  to 2:30
      _____ to _____
      _____ to _____

Date: 1/29/2026

REV 7/14