**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation, | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:25-CV-00389-CLC-CHS |
| v. | ) |
| | ) Hon. Curtis Collier |
| TIMOTHY HOFFMAN, an individual, and HOFFMAN TACTICAL, LLC, a Tennessee limited liability company, | ) ) ) |
| | ) |
| Defendants. | ) |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 12.1(a), Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (collectively, "Plaintiffs") and Defendants Timothy Hoffman and Hoffman Tactical (collectively, "Defendants"), by and through their undersigned counsel, stipulate that Defendant's time to respond to the Complaint is extended by twenty-one (21) days, from January 30, 2026 to and including February 20, 2026.

This is the parties' initial extension of time to respond to the Complaint, and no Court order is required under Local Rule 12.1(a).

Dated: January 30, 2026

s/Jacob Horton
Jacob G. Horton (TN BPR # 025467)
Blanchard Horton PLLC
P.O. Box 5657
Oak Ridge, Tennessee 37830
(865) 269-2673
jhorton@blanchard-patent.com

***Counsel for Defendants***

1

Consented to by:

s/Joseph Alan Jackson II
Joseph Alan Jackson II, B.P.R. No. 030603
SPEARS, MOORE, REBMAN & WILLIAMS, P.C.
601 Market Street, Suite 400
Post Office Box 1749
Chattanooga, TN 37401 1749
Telephone: (423) 756-7000
Facsimile: (423) 756-4801
jaj@smrw.com

Decker A. Cammack (admitted *pro hac vice*)
WHITAKER CHALK SWINDLE & SCHWARTZ
PLLC
301 Commerce Street, Suite 3500
Fort Worth, TX 76102
Telephone: (817) 878-0500
Facsimile: (817) 878-0501
DCammack@whitakerchalk.com

Glenn D. Bellamy (admitted *pro hac vice*)
WOOD, HERRON & EVANS, LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Telephone: (513) 241-2324
Facsimile: (513) 241-6234
gbellamy@whe-law.com

***Counsel for Plaintiffs***

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/Jacob G. Horton
Jacob G. Horton (TN BPR # 025467)
Blanchard Horton PLLC
P.O. Box 5657
Oak Ridge, Tennessee 37830
(865) 269-2673
jhorton@blanchard-patent.com
