# UNITED STATES DISTRICT COURT

_____Eastern_____  DISTRICT OF  _____Tennessee_____

ABC IP, LLC et al

V.

Timothy Hoffman et al

# EXHIBIT AND WITNESS LIST

Case Number: 1:25-cv-00389-CLC-CHS

| PRESIDING JUDGE<br>Curtis L Collier | PLAINTIFF'S ATTORNEY<br>D. Cammack, G.Bellamy & J.Jackson | DEFENDANT'S ATTORNEY<br>J. Horton and J. Blanchard |
|---|---|---|
| TRIAL DATE (S)<br>Hrg - Motion for PI 1/27/26-1/29/26 | COURT REPORTER<br>Elizabeth Coffey | COURTROOM DEPUTY<br>Barbara Lewis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 1/27/2026 | | | Lawernce DeMonico, sworn -Testimony 1/27/2026-1/28/2026 |
| X | | 1/28/2026 | | | Brian Luettke, Expert Witness sworn |
| X | | 1/28/2026 | | | Timothy Hoffman, sworn-Testimony 1/28/2026-1/29/2026 |
| x | | 1/28/2026 | x | x | Exhibit 1-Brian Luettke's Curicullum Vitae |
| x | | 1/29/2026 | x | x | Exhibit 2-metal version of the Super Safety and lever |
| x | | 1/29/2026 | x | x | Exhibit 3-a 3D-printed version of the Super Safety Cam and lever |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages