# UNITED STATES DISTRICT COURT

Eastnern     DISTRICT OF     Tennessee

ABC IP, LLC et a

V.

Timothy Hoffman, et al

Amended **EXHIBIT AND WITNESS LIST**

Case Number: 1-25-cv-00389-CLC-CHS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Curtis L. Collier | D. Cammack, G. Bellemy & J. Jackson | J. Horton and J. Blanchard |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Hrg-Motion for PI 1/27/26 - 1/29/26 | Elizabeth Coffey | Barbara Lewis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 1/27/2026 | | | Lawrence DeMonico, sworn - Testimony1/27/2026 - 1/28/2026 |
| x | | 1/28/2026 | | | Brian Luettke, Expert Witness sworn |
| x | | 1/28/2026 | | | Timothy Hoffman, sworn - Testimony 18/28/2026 - 1/28/2026 |
| 1 | | 1/28/2026 | x | x | Exhibit 1- Brian Luettke's Curicullum Vitae |
| 2 | | 1/29/2026 | x | x | Exhibit 2 - Metal version of the Super Safety and lever |
| 3 | | 1/29/2026 | x | x | Exhibit 3 - a 3D printed version of the Super Safety Cam and lever |
| 4 | | 1/27/2026 | | | Exhibit 5 of Defe Respnse [Dkt. 26-5], Plaintiff's '784 Claim Chart |
| 5 | | 1/27/2026 | | | '784 Patent [Dkt. 1-2] |
| 6 | | 1/27/2026 | | | Slide 10 of Plaintiff's PI Slides - "Corrected Coloring - '784 Patent, Fig. 7" |
| 7 | | 1/27/2026 | | | Slide 11 of Plaintiff's PI Slides - '784 Patent (cont.) - Figs 1-4 |
| 8 | | 1/27/2026 | | | Hoffman Declaration [Dkt. 26-1] |
| 9 | | 1/28/2026 | | | Slide 21 o fPlaintiff's PI Slides - "Animation of Super Safety" |
| 10 | | 1/28/2026 | | | Slide 22 of Plaintiff's PI Slides - "Composite Animation" |
| 11 | | 1/28/2026 | | | '723 Patent [ Dkt. 1-3] |
| 12 | | 1/28/2026 | | | '247 Patent [Dkt. 1-1] |
| 13 | | 1/28/2026 | | | Ex 6 of Def's Response [Dkt. 26-6] - Plaintiff's '247 Claim Chart |
| 14 | | 1/29/2026 | | | Slide 2 of Plaintiff's PI Slides - Hoffman Tactical Super Safety - Private Face Book Group page |
| 15 | | 1/29/2026 | | | Slide 3 of Plaintiff's PI Slides - Post by Steve Fuddstan includingTrusted Vendors 4:2005.pdf |
| 16 | | 1/29/2026 | | | Slide 4 of Plaintiff's PI Slides - List of Vendors |
| 17 | | 1/29/2026 | | | Slide 6 of Plaintiff's PI Slides - '723 Patent - Figs. 1-3 |
| 18 | | 1/29/2026 | | | Slide 7 of Plaintiff's PI Slides - Video clip from "Patents and the Super Safety " 8/15/25 available at |
| 19 | | 1/29/2026 | | | Slide 8 of Plaintiff's PI Slides - Hoffman 12/26/25 Instagram post |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| ABC IP, LLC | vs. | Tomothy Hoffman, et al | CASE NO. 1:25-cv-00389-CLC-CHS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 20 | | 1/29/2026 | | | Slide 9 of Plaintiff's PI Slides - Hoffman's Coloration of the '784 Patent Fig 7 |
| 21 | | 1/29/2026 | | | Slide 12 of Plaintiff's PI Slides - '784 Patent , Figures 5-6 |
| 22 | | 1/29/2026 | | | Slide 13 of Plaintiff's PI Slides - '784 Patent Alternatives |
| 23 | | 1/29/2026 | | | Slide 14 of Plaintiff's PI Slides - Figure from Original Complaint page 33-34 |
| 24 | | 1/29/2026 | | | Slide 15 of Plaintiff's PI Slides - Figures 4-5 from Hoffman Provisional, Defendants Ex 4 to Respons |
| 25 | | 1/29/2026 | | | Slide 16 of Plaintiff's PI Slides - text from Hoffman Provisional, Defendant's Ex 4 to Response to PI |
| 26 | | 1/29/2026 | | | Slide 17 of Plaintiff's PI Slides - Figure 3 from Hoffman Provisional, Defendant's Ex 4 to Resp to PI |
| 27 | | 1/29/2026 | | | Slide 18 of Plaintiff's PI Slides - clip from "Timothy Hoffman Tactical 4/24/25" available at youtube.c |
| 28 | | 1/29/2026 | | | Slide 19 of Plaintiff's PI Slides - Atrius Video |
| 29 | | 1/29/2026 | | | Slide 20 of Plaintiff's PI Slides - video "Rare Breed C&D, March 6, 2022, available at youtube.com/v |
| 30 | | 1/29/2026 | | | Slide 23 of Plaintiff's PI Slides - Hoffman Message on Home Page available at www.hoffmantactical |

Page _____ of _____ Pages