IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY HOFFMAN, and individual, and HOFFMAN TACTICAL, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 1:25-CV-00389-CLC-CHS<br><br>Hon. Curtis Collier |

## **DEFENDANTS' PARTIAL MOTION TO DISMISS**

Defendants, Timothy Hoffman ("Mr. Hoffman") and Hoffman Tactical, LLC ("HT"), move the Court to dismiss the following Counts of the First Amended Complaint for Patent Infringement (Doc. 47) ("Amended Complaint"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds said Counts fail to state a claim upon which relief can be granted:

- Count IV – Unfair Competition Under 15 U.S.C. § 1125 (Lanham Act § 43)

- Count V – Tennessee Consumer Protection Act, Tennessee Code Annotated Section 47-18-101, *et seq*.

- Count VI – Defamation

- Count VII – Breach of Contract and Breach of Implied Covenant of Good Faith and Fair Dealing

- Count VIII – Violation of the Sherman Act § 1

1

- Count IX – Violation of the Sherman Act § 2

- Count X – Tortious Interference with Business Relationships

The grounds for this Motion are more fully set forth in Defendants' Brief in support of this Motion, which shall be filed contemporaneously with this Motion, and is incorporated herein by this reference.

WHEREFORE, Defendants, Timothy Hoffman and Hoffman Tactical, LLC, respectfully request the Court dismiss Counts IV, V, VI, VII, VIII, IX, and X of the Amended Complaint with prejudice.

Respectfully submitted this 2nd day of March, 2026.

/s/Jacob G. Horton
Jonathan M. Blanchard (TN BPR #034,663)
(admitted *pro hac vice*)
Jacob G. Horton (TN BPR # 025467)
Blanchard Horton PLLC
PO Box 5657
Oak Ridge, Tennessee 37830
(865) 269-2673
JBlanchard@blanchard-patent.com
JHorton@blanchard-patent.com
**Counsel for Defendants**

2

## CERTIFICATE OF SERVICE

       I hereby certify that on March 2, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                          /s/Jacob G. Horton