IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>　Plaintiffs,<br><br>vs.<br><br>TIMOTHY HOFFMAN, an individual, and HOFFMAN TACTICAL LLC, a Tennessee limited liability company,<br><br>　Defendants. | Case No. 1:25-cv-00389-CLC-CHS |

## **O R D E R**

Before the Court is a motion by Defendants for dismissal of Counts IV through X of Plaintiffs' Amended Complaint. (Doc. 49.) Defendants have not made the certification required by the Court's Order Governing Motions to Dismiss (Doc. 9). Accordingly, Defendants' motion (Doc. 49) is **STRICKEN**. Defendants' deadline to answer or otherwise respond to the Amended Complaint (Doc. 47) is **EXTENDED** to **March 17, 2026**.

　**SO ORDERED.**

　**ENTER:**

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　**CURTIS L. COLLIER**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**