IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>　　Plaintiffs,<br><br>vs.<br><br>TIMOTHY HOFFMAN, an individual, and HOFFMAN TACTICAL LLC, a Tennessee limited liability company,<br><br>　　Defendants. | Case No. 1:25-cv-00389 |

**DECLARATION OF DECKER A. CAMMACK IN SUPPORT OF PLAINTIFFS'
MOTION TO SHOW CAUSE WHY AS DESIGNS, LLC SHOULD NOT BE
HELD IN CONTEMPT FOR VIOLATING PERMANENT INJUNCTION**

I, Decker A. Cammack, hereby declare under penalty of perjury that, to the best of my knowledge, the following statements are true and correct:

1. I am over eighteen years of age and reside in Fort Worth, Texas.

2. I am counsel for ABC IP, LLC ("ABC IP") and f Rare Breed Triggers, Inc. ("Rare Breed").

3. Rare Breed is the sole authorized source of triggers covered by U.S. Patent Nos. 12,038,247 and 12,031,784 (the "'247 Patent and '784 Patent, respectively), the infringement of which forms the basis for the Court's Preliminary Injunction (Doc. 46).

4. Exhibit 1 is a true and correct copy of the Notice Letter I sent to Mr. John Skeriotis on February 12, 2026, informing him of the Preliminary Injunction.

5. Exhibit 2 is a true and correct copy of the response letter I received from Mr. Skeriotis on

February 23, 2026.

6. The image below is a screen shot I took from AS Designs, LLC's ("ASD") website at www.activesafetydesigns.com on March 1, 2026:



AS Designs, "CPM-10V Super Safety Kit – DLC Black, *available at* www.activesafetydesigns.com/ar15/cpm-10v-super-safety-kit-dlc-black/ (last visited

Page 2

*Exhibit 4*

March 4, 2026) (highlighting and red-underline added).

7. On January 20, 2026, I purchased ASD's CPM-10V Super Safety Kit – DLC Black. That version of ASD's infringing product has "HT" shown on the cam.

8. The images below are screenshots I took of ASD's website on March 1, 2026, showing the 4140 Super Safety Kit – Black Oxide, and ARC-Fire Trigger – Ambi Kit, respectively:



Page 3

Exhibit 4

9. ASD's website lists at least the following firearms for which they offer Super Safety kits: AR15, AR10, Heckler and Koch MP5 (and clones), Heckler and Koch MR556 and MR762, Palmetto State Armory JAKL, and Sig Sauer MPX/MCX. *See* www.activesafetydesigns.com ("Shop" tab dropdown menu) (last visited March 4, 2026).

10. Exhibit 3 is a true and correct copy of the Declaration of Lawrence DeMonico in support of Plaintiff's Motion for Show Cause Order.

11. On February 25, 2026, an agent of Plaintiffs ordered the following from ASD: ARC-Fire Trigger – Amb Kit, and 4140 Super Safety Kit – Black Oxide. The image below is a true and correct copy of the receipt ASD issued for the products. The ASD products were delivered to P.O. Box 1749, Chattanooga, Tennessee 37401 on March 3, 2026.



12. The pictures below are true and correct copies of the products described in paragraph 11, above, to Chattanooga, Tennessee:



ARC-Fire Ambi-Kit



4140 Super Safety Kit – Black Oxide

Exhibit 4

**FURTHER**, Declarant says not.

Decker A. Cammack

March 5, 2026