

301 Commerce Street, Suite 3500
Fort Worth, Texas 76102

Phone: 817.878.0500
Fax: 817.878.0501

February 12, 2026

*Via Email (jms@etblaw.com)*
Mr. John M. Skeriotis
Emerson Thomson Bennett
1914 Akron-Peninsula Road
Akron, OH 44313

Re: Notice of Entry of Preliminary Injunction in Case No. 1:25-cv-00389-CLC-CHS

Dear Mr. Skeriotis,

      I represent ABC IP, LLC and Rare Breed Triggers, Inc. ("Plaintiffs") against Timothy Hoffman and Hoffman Tactical, LLC ("Defendants") in *ABC IP, LLC, et al. v. Hoffman Tactical, LLC, et al.*, Case No. 1:25-cv-00389-CLC-CHS, in the Eastern District of Tennessee, Chattanooga Division. It is my understanding that you represent several defendants adverse to my clients in matters in various United States District Courts.

      On January 13, 2026, the Court held a hearing on Plaintiffs' motion for temporary restraining order, resulting in the entry of a Temporary Restraining Order (Doc. 20). From January 27-29, 2026, the Court held a hearing on Plaintiff's Motion for a Preliminary Injunction (Doc. 14). After receiving the Plaintiffs' and Defendants' respective proposed findings of fact and conclusions of law that each side filed on February 5, 2025, the Court entered a Memorandum (Doc. 45) and Preliminary Injunction (Doc. 46).

      This letter provides you with actual notice of the entry of the injunction against Mr. Hoffman and Hoffman Tactical, LLC. Rather than characterize the injunction in this letter, I have attached both the memorandum and the injunction for your convenience. The table below lists the cases in which you represent defendants in matters brought by my clients. The table includes highlighting to specifically indicate matters in which Mr. Hoffman stated in his Declaration in Support of Defendants' Response to Plaintiffs' Motion for Preliminary Injunction (Doc. 26-1, in support of Doc. 26) involves "companies…known to him to make products 'in accord with or based on'" his Super Safety design:

| Case No. | Defendants | Venue |
| --- | --- | --- |
| 25-cv-298 | DNT d/b/a Deez Nuts Tactical, Zach Morrow | Dist. of Idaho |
| 25-cv-201 | Hanes Tactical LLC, Damion Terrell Bennett | W.D. of Texas, El Paso Division |

Decker A. Cammack  dcammack@whitakerchalk.com  |  Direct: 817.878.0578      WhitakerChalk.com
DM# 812602 v. 1



| 25-cv-299 | Harrison Gunworks LLC, Tyler Harrison | Dist. of Idaho |
| --- | --- | --- |
| 25-cv-2961 | Steven Thanh Nguyen d/b/a Polymer Pew | S.D. of TX, Houston Division |
| 25-cv-695 | Z3 Production d/b/a Z3 Pro | W.D. of Oklahoma |
| 25-cv-1262 | 80Mills LLC d/b/a Tactical Supply, Pearson Gardner | N.D. of Ohio, Eastern Division |
| 25-cv-454 | Jessie T. Kline | S.D. of Mississippi |
| 25-01192 | AS Designs LLC, Matthew Karlovic, and Calvin Olson | M.D. of North Carolina |

The highlighted matters above also list specific defendants that the Court saw fit to include in its Memorandum (Doc. 45) providing the reasons supporting entry of the preliminary injunction. *Id.*, p. 8.

My clients consider Mr. Hoffman's declaration, the Court's inclusion of your clients in its Memorandum, and the fact that your clients appear to have directly used or copied Mr. Hoffman's designs, or as in the case of at least Defendant AS Designs LLC, selling and offering for sale a product derived directly from Mr. Hoffman's designs,[1] as grounds to file a motion to hold your clients in contempt of the Preliminary Injunction if any of them continues to sell, offer for sale, import, make, or use the accused products based on the Mr. Hoffman's Super Safety design; such activities by your clients clearly fall within the scope of Fed. R. Civ. P. 65(d)(2)(C) and the language of the injunction prohibiting anyone from "acting in active concert with" Mr. Hoffman and Hoffman Tactical, LLC. Please let me know by close of business tomorrow, February 13, 2026, whether, and which, of your clients intend to refrain from selling the products described in the Preliminary Injunction, after which my clients will move forward as they see appropriate.

Feel free to contact me if you have any questions.

Regards,

Decker A. Cammack

---

[1] The Preliminary Injunction explicitly prohibits "making, using, selling, offering for sale, or importing the Super Safety device *or any derivatives of it*...." (Doc. 46, p. 2, ¶(a)) (emphasis added).