IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,

    Plaintiffs,

vs.

TIMOTHY HOFFMAN, an individual, and HOFFMAN TACTICAL LLC, a Tennessee limited liability company,

    Defendants.

Case No. 1:25-cv-00389

## DECLARATION OF LAWRENCE DEMONICO IN SUPPORT OF PLAINTIFFS' MOTION TO SHOW CAUSE WHY AS DESIGNS, LLC SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING PERMANENT INJUNCTION

I, Lawrence DeMonico, hereby declare under penalty of perjury that, to the best of my knowledge, the following statements are true and correct:

1. I am over eighteen years of age and reside in Austin, Texas.

2. I am the President of Rare Breed Triggers, Inc. ("Rare Breed").

3. Rare Breed is the sole authorized source of triggers covered by U.S. Patent Nos. 12,038,247 and 12,031,784 (the "'247 Patent and '784 Patent, respectively).

4. On August 8-9, 2025, I attended a firearms industry conference in Knoxville, Tennessee.

5. AS Designs, LLC, and both of its principals, Matthew Karlovic and Calvin Olson—all of whom are defendants in *ABC IP, LLC, et al. v. AS Designs, LLC, Matthew Karlovic, and Calvin Olson*, Case No. 25-cv-01192, Middle District of North Carolina—were at the conference exhibiting AS Designs' infringing Super Safety and ARC-Fire devices.

Page 1

*Exhibit A-2*

6. I personally hand-delivered a cease-and-desist letter to Mr. Karlovic at the conference in the presence of Glenn Bellamy, counsel for Rare Breed Triggers, Inc. in both this case and the case against AS Designs, a true and correct copy of which is attached to this declaration as Exhibit 3-1.

**FURTHER**, Declarant says not.

_____
Lawrence DeMonico

March 5, 2026