IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>TIMOTHY HOFFMAN, an individual, and HOFFMAN TACTICAL LLC, a Tennessee limited liability company,<br><br>    Defendants. | Case No.: 1:25-cv-00389-CLC-CHS |

## ORDER TO SHOW CAUSE

ABC IP, LLC and Rare Breed Triggers, Inc. (collectively, "Plaintiffs") have accused HOFFMAN TACTICAL LLC and TIMOTHY HOFFMAN (collectively, "Defendants"), of infringing U.S. Patent No. 12,038,247 ("the '247 Patent"), U.S. Patent No. 12,031,784 ("the '784 Patent"), U.S. Patent No. 7,398,723 ("the '723 Patent") and U.S. Patent No. 12,529,538 ("the '538 Patent"). Plaintiffs filed a Motion for Preliminary Injunction, which was granted in the Preliminary Injunction (Doc. 46), with the injunctive relief set forth therein. The Court also issued a Memorandum opinion (Doc. 45).

The Preliminary Injunction expressly reaches not only Defendants, but also "all others acting in active concert therewith…." (Doc. 46 at 1). Plaintiffs have discovered and presented evidence that AS Designs, LLC ("AS Designs") is participating in the patent infringement which was proscribed in the Preliminary Injunction "in active concert" with Defendants. Plaintiffs have given written notice of the Preliminary Injunction (with copy thereof and the Memorandum provided) to AS Designs, LLC either directly or through counsel.

1

Plaintiffs have asked the Court to enter an Order to Show Cause against AS Designs, to be personally served on it, compelling it to appear before the Court to explain why it should not be held in contempt of court for such violation. Based on Plaintiffs' evidentiary showing, the Court finds that there is sufficient basis on which to require AS Designs to appear and explain why it should not be held in contempt for acting in concert with Defendants.

Accordingly, it is hereby **ORDERED** that third party AS Designs, LLC appear before this Court located at 900 Georgia Avenue, Courtroom 3, Chattanooga, TN 37402 on the ____ day of _____ 2026 at _____ __.m. to show cause why it should not be held in contempt for violating this Court's Preliminary Injunction.

Plaintiffs shall see that a copy of this Order is personally served on AS Designs, LLC.

**SO ORDERED** this ____ day of _____ 2026.

_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

816039 v.1