# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY HOFFMAN, and individual, and HOFFMAN TACTICAL, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 1:25-CV-00389-CLC-CHS<br><br>Hon. Curtis Collier<br><br>**NOTICE OF APPEAL** |

Defendants, Timothy Hoffman and Hoffman Tactical, LLC, pursuant to 28 U.S.C. § 1292(a)(1) and Fed. R. App. P. 3(a)(1), appeal to the United States Court of Appeals for the Federal Circuit from the Memorandum (Doc. 45) and Preliminary Injunction (Doc. 46), both dated February 11, 2026, granting Plaintiffs' ABC IP, LLC and Rare Breed Triggers, Inc. Motion for Preliminary Injunction (Doc. 14). This order is appealable as of right under 28 U.S.C. § 1292(a)(1) and (c)(1).

Respectfully submitted this 13th day of March, 2026.

/s/ Jacob G. Horton
Jonathan M. Blanchard (TN BPR # 034,663)
(admitted *pro hac vice*)
Jacob G. Horton (TN BPR # 025,467)
Blanchard Horton PLLC
PO Box 5657
Oak Ridge, Tennessee 37830
(865) 269-2673
JBlanchard@blanchard-patent.com
JHorton@blanchard-patent.com
**Counsel for Defendants**

1

## CERTIFICATE OF SERVICE

   I hereby certify that on March 13, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                /s/ Jacob G. Horton