**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation, <br><br>   Plaintiffs, <br><br> vs. <br><br> TIMOTHY HOFFMAN, an individual, and HOFFMAN TACTICAL LLC, a Tennessee limited liability company, <br><br>   Defendants. | Case No. 1:25-cv-00389-CLC-CHS |

**O R D E R**

On March 13, 2026, Defendants filed a notice of appeal to the Court of Appeals for the Federal Circuit of this Court's entry of a preliminary injunction.  (Doc. 53.)  The appeal of "an order granting . . . a preliminary injunction does not divest the district court of jurisdiction to proceed with the action on the merits."  *Zundel v. Holder*, 687 F.3d 271, 282 (6th Cir. 2012) (quoting *Moltan Co. v. Eagle-Picher Indus., Inc.*, 55 F.3d 1171, 1174 (6th Cir. 1995)).

If any party contends that this Court lacks jurisdiction to address Plaintiffs' motion for an order to show cause (Doc. 52) or Defendants' motion to dismiss (Doc. 55), the objecting party shall file a notice setting out its position and supporting authority on or before **March 25, 2026**. Any response shall be filed within **seven (7) days**.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**