| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY HOFFMAN, and individual, and HOFFMAN TACTICAL LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. 1:25-CV-00389-CLC-CHS<br><br>Hon. Curtis Collier |

**DECLARATION OF TIMOTHY HOFFMAN IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE**

I, Timothy Hoffman, hereby declare under penalty of perjury that, to the best of my knowledge, the following statements are true and correct:

1. I am over eighteen years of age and reside in Englewood, Tennessee.

2. I am the sole owner of Hoffman Tactical, LLC.

3. I reviewed the "Motion and Brief for Order to Show Cause Why AS Designs Should Not Be Held in Contempt for Violating Preliminary Injunction (Doc. 46)" filed by Plaintiffs, ABC IP, LLC and Rare Breed Triggers, Inc. (Doc. 52). I also reviewed the Preliminary Injunction entered by the Court in this matter. (Doc. 46).

4. Since at least January 14, 2026, the day after the Temporary Restraining Order was entered in this matter, I have refrained from making, using, selling, offering for sale, or importing the Super Safety device or any derivatives of it, whether for the purpose of

1

Doc ID: 93df16fe54f2af46b259fc6493cdc099333843c0

use or offering such products for sale, and whether by retail, through distributors, or wholesale.

5. On or about January 14, 2026, I removed all "Super Safety" designs and files under my control from Odysee.com. No other site exists where I can remove the files from, and I have not reposted the Super Safety files to any platform.

6. Since at least January 14, 2026, the day after entry of the Temporary Restraining Order in this matter, I have refrained from posting any of the Super Safety designs in the form of 3D print files, STEP files, or Developer's Packs (DEV Pack) on any platforms.

7. Since at least January 14, 2026, the day after entry of the Temporary Restraining Order in this matter, I have refrained from sending any version of the Super Safety device in the form of 3D Print files, STEP files, or DEV Packs either physically or electronically to any third party.

8. While the Preliminary Injunction remains in place, I have no intention to republish any of the Super Safety designs or files on any platform.

9. Since at least February 11, 2026, when I learned of the entry of the Preliminary Injunction in this matter, I have refrained from licensing or attempting to license any third party for the purpose of selling, offering for sale, importing, distributing, or promoting the Super Safety or derivative designs.

10. AS Designs, LLC, and its affiliates, does not have any financial interest, control, membership, or any other interest, including any business relationship, in or with Hoffman Tactical, LLC or me, personally.

11. I, personally, do not have any financial interest, control, membership, or any other interest, including any business relationship, in or with AS Designs, LLC.

2

Doc ID: 93df16fe54f2af46b259fc6493cdc099333843c0

12. Hoffman Tactical, LLC does not have any financial interest, control, membership, or any other interest, including any business relationship, in or with AS Designs, LLC.

13. I, personally, do not have any formal agreement with AS Designs.

14. Hoffman Tactical, LLC does not have any formal agreement with AS Designs.

15. I, personally, have not transacted any business resulting in any payments being received from AS Designs relating to the Super Safety.

16. Hoffman Tactical, LLC has not transacted any business resulting in any payments being received from AS Designs relating to the Super Safety.

17. Since at least February 11, 2026, when I learned of the entry of the Preliminary Injunction in this matter, I have spoken with individuals affiliated with AS Designs on two occasions, the date and general substance of which are as follows:

     i. On February 17, 2026 I spoke with Matthew Karlovic, generally, regarding the pending Motion to Transfer for Coordination or Consolidation before the United States Judicial Panel on Multidistrict Litigation brought by several parties Plaintiffs have commenced litigation against.

     ii. On February 27, 2026 – Matthew Karlovic texted me, wondering if I thought a sales flier he received including a phone number was from Cameron Smith.

18. I have not spoken with, or attempted to speak with, anyone affiliated with AS Designs, since February 11, 2026, except as set forth in Paragraph 17 above.

FURTHER, Declarant sayeth not.

_____
Timothy Hoffman

Executed on  03 / 19 / 2026

3

Doc ID: 93df16fe54f2af46b259fc6493cdc099333843c0



| | |
|---|---|
| Title | TSMT_0006_LIT 2026.03.19 DEC of T Hoffman RE Motion for... |
| File name | TSMT_0006_LIT%202...o%20Show%20Ca.pdf |
| Document ID | 93df16fe54f2af46b259fc6493cdc099333843c0 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| **SENT** | **03 / 19 / 2026** 22:54:27 UTC | Sent for signature to Timothy S. Hoffman /dba/ Hoffman Tactical (tim@hoffmantactical.com) by services@clio.com acting on behalf of jblanchard@blanchard-patent.com IP: 73.113.124.254 |
| **VIEWED** | **03 / 19 / 2026** 22:59:25 UTC | Viewed by Timothy S. Hoffman /dba/ Hoffman Tactical (tim@hoffmantactical.com) IP: 104.234.212.14 |
| **SIGNED** | **03 / 19 / 2026** 23:05:38 UTC | Signed by Timothy S. Hoffman /dba/ Hoffman Tactical (tim@hoffmantactical.com) IP: 104.234.212.14 |
| **COMPLETED** | **03 / 19 / 2026** 23:05:38 UTC | The document has been completed. |

Powered by **Dropbox** Sign