| | |
|---|---|
| ABC IP, LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY HOFFMAN, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00389-CLC-CHS <br><br> Judge Curtis Collier |

## DECLARATION OF MATTHEW KARLOVIC

I, Matthew Karlovic, declare under penalty of perjury as follows:

1.      I am over eighteen years of age and competent to testify to the matters stated herein. I am the Managing Member of AS Designs, LLC, and I have personal knowledge of the facts stated in this declaration.

2.      I make this Declaration on behalf of AS Designs, LLC and myself.

3.      Apart from AS Designs, I personally do not manufacture, sell, offer for sale any products of any kind outside of AS Designs.

4.      As for the current manufacture and sale of AS Designs' Super Safety and its ARC Fire, AS Designs does not use the CAD drawings of Timothy Hoffman or Hoffman Tactical, LLC for either its Super Safety or its ARC Fire.

5.      AS Designs utilizes its own drawings, its own CAD files and, thus its own designs related to its current Super Safety and its ARC Fire products.

6.      AS Designs and Hoffman Tactical, LLC are completely independent from one another.

7.      Timothy Hoffman and/or Hoffman Tactical, LLC and AS Designs/Matt Karlovic have not coordinated together on any activity whatsoever since the preliminary injunction was

**EXHIBIT**

**1**

issued against Timothy Hoffman and Hoffman Tactical, LLC on February 11, 2026 in *ABC IP, LLC v. Hoffman*, No. 1:25-cv-00389-CLC-CHS (E.D. Tenn.).

8.     Timothy Hoffman and/or Hoffman Tactical, LLC and AS Designs/Matt Karlovic do not have and have never had any current or prior commercial relationship with one another.

9.     Timothy Hoffman and/or Hoffman Tactical, LLC and AS Designs/Matt Karlovic do not have any formal agreement with one another.

10.     Timothy Hoffman and/or Hoffman Tactical, LLC and AS Designs/Matt Karlovic have not transacted any business resulting in any payments from one to the other at any time.

11.     Timothy Hoffman/Hoffman Tactical, LLC and AS Designs/Matt Karlovic are not in active concert with one another.

12.     AS Designs/Matt Karlovic are not aiders, abettors, successors-in-interest, in privity with, legally identified with or controlled in any way by Timothy Hoffman and/or Hoffman Tactical, LLC and vice versa.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 23, 2026.

_____
Matthew Karlovic