| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation, <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY HOFFMAN, and individual, and HOFFMAN TACTICAL, LLC, a Tennessee limited liability company, <br><br> Defendants. | Case No. 1:25-CV-00389-CLC-CHS <br><br> Hon. Curtis Collier |

## DECLARATION OF JACOB G. HORTON PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 10(b)(1)

I, Jacob G. Horton, hereby declare under penalty of perjury that, to the best of my knowledge, the following statements are true and correct:

1. I am an attorney at Blanchard Horton PLLC.

2. I am counsel of record for Defendants Timothy Hoffman and Hoffman Tactical, LLC.

3. Pursuant to Rule 10(b)(1)(A) of the Federal Rules of Appellate Procedure, on March 23, 2026, I ordered from the court reporter a transcript of the hearing held on January 13, 2026, concerning Plaintiffs' Motion for Temporary Restraining Order, ECF No. 15. A copy of said order is attached to this Declaration and incorporated herein by this reference.

4. Pursuant to Rule 10(b)(1)(A) of the Federal Rules of Appellate Procedure, on March 27, 2026, I ordered from the court reporter a transcript of the hearing held on January 27-29, 2026,

1

concerning Plaintiffs' Motion for Preliminary Injunction, ECF No. 14. A copy of said order is attached to this Declaration and incorporated herein by this reference.

FURTHER, Declarant sayeth not.

/s/ Jacob G. Horton

Jacob G. Horton (TN BPR # 025467)
Blanchard Horton PLLC
PO Box 5657
Oak Ridge, Tennessee 37830
(865) 269-2673
jhorton@blanchard-patent.com

Executed on March 27, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ Jacob G. Horton

2

# Realtime/ 2-Hour(Hourly)/ Next-Day(Daily)/ 3 Day Transcript Request Form

* Required

1. Today's Date
   *

   3/23/2026 📅

2. Division in which court proceeding is taking place
   *

   - ⦿ Chattanooga
   - ◯ Greeneville
   - ◯ Knoxville
   - ◯ Winchester

3. Case Number:
   *

   1:25-cv-389

4. Date hearing is scheduled:
   *

   1/13/2026 📅

5. Preferred Service:
   *

   - ◯ 3 Day Transcript
   - ⦿ Next-Day Transcript(Daily)
   - ◯ 2 Hour Transcript(Hourly)
   - ◯ Realtime Transcript

6. Requested by:
   *

   Jacob G. Horton

7. Name/Firm and Complete Billing Address (include city, state and zip) *

   Blanchard Horton PLLC

8. Phone Number: *

   (865) 269-2673



9. Email Address:
   *

   jhorton@blanchard-patent.com

10. Name of Contact Person (if different from above)

    Enter your answer

11. Additional Instructions:

    Enter your answer

Back    Submit

Microsoft 365

This content is created by the owner of the form. The data you submit will be sent to the form owner. Microsoft is not responsible for the privacy or security practices of its customers, including those of this form owner. Never give out your password.

**Microsoft Forms** | AI-Powered surveys, quizzes and polls  Create my own form

The owner of this form has not provided a privacy statement as to how they will use your response data. Do not provide personal or sensitive information. | Terms of use

# Transcript Order Form

* Required

1. Is this transcript request through a CJA appointed counsel under the  CJA act? *

   ◯ Yes (Stop and submit the request through E-Voucher)

   ⦿ No (Continue to submit request)

2. Today's Date *

   | 3/27/2026 | 🗓 |

3. Judicial Officer *

   ◯ Travis R. McDonough

   ◯ Thomas A. Varlan

   ◯ Clifton L. Corker

   ◯ Charles E. Atchley, Jr.

   ◯ Katherine A. Crytzer

   ⦿ Curtis L. Collier

   ◯ J. Ronnie Greer

   ◯ Thomas W. Phillips

   ◯ Susan K. Lee

   ◯ Christopher H. Steger

   ◯ Debra C. Poplin

   ◯ Cynthia R. Wyrick

   ◯ Jill E. McCook

   ◯ Mike J. Dumitru

   ◯ | Other |

4. Court Reporter: Verify the court reporter by viewing the minute entry on the CM-ECF docket at https://pacer.uscourts.gov/. If the hearing was digitally recorded please select digital recording. *

   ◯ Karen Bradley

   ⦿ Elizabeth Coffey

   ◯ Stephanie Fernandez

   ◯ Terri Grandchamp

   ◯ Kara Nagorny

   ◯ Aaron LaDuke

○ Tina Gibson

○ Libby White

○ James Gardner

○ Digital Recording

○ Other/Contractor

5. Case Number:
*

1:25-cv-389

6. Case Title:
*

ABC IP, LLC and Rare Breed Triggers, Inc. v. Timothy Hoffman and Hoffman Tactical LLC

7. Proceeding Date(s) and Matter to be Transcribed (Example: 1/1/2024- Motion to Dismiss, 1/7/2024 Suppression Hearing) *

1/27/2026 - Motion for Preliminary Injunction, 1/28/2026 - Motion for Preliminary Injunction, 1/29/2026 - Motion for Preliminary Injunction

8. Is this case currently on appeal?
*

☑ Yes, I will enter the case number in "Other"

☐ No

☑ TBD

9. Does this transcript contain the name or other personally-identifiable information of a minor child? *

○ Yes

◉ No

10. Indicate the status of the ordering party:
✎

◉ Retained Attorney

○ CJA Appointed Attorney (Stop and submit this request through E-Voucher)

○ Pro Se Party

○ Other

11. Transcript requested by:
*

Jacob G. Horton

12. Name/Firm and Complete Billing Address(Include city, state and zip)
*

> Blanchard Horton PLLC, P.O. Box 5657, Oak Ridge, Tennessee 37831

13. Phone Number:
*

> (865) 269-2673

14. Email Address:
*

> jhorton@blanchard-patent.com

15. Name of Contact Person(if different from above):

> Enter your answer

16. Preferred Delivery Schedule
*

- ● Ordinary/30 Days
- ○ 14 Days
- ○ Expedited/ 7 Days
- ○ 3 Day Transcript
- ○ Next-Day Transcript(Daily)

17. Additional Instructions:

> Enter your answer



Back      Submit

Microsoft 365

This content is created by the owner of the form. The data you submit will be sent to the form owner. Microsoft is not responsible for the privacy or security practices of its customers, including those of this form owner. Never give out your password.
**Microsoft Forms** | AI-Powered surveys, quizzes and polls  Create my own form
The owner of this form has not provided a privacy statement as to how they will use your response data. Do not provide personal or sensitive information. | Terms of use